# UNITED STATES DISTRICT COURT

District of Massachusetts

Christine Bolduc

v.

Commonwealth of
Massachusetts
Department of Correction

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 10067 RCL

TO: (Name and address of Defendant)

Attorney General of the Commonwealth of Mass
One Ashburton Place
20th Floor
Boston, MA 02108

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY

DATE 1/11/2005

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>MAY 3, 2005 at 2:30 P.M. |
| NAME OF SERVER *(PRINT)*<br>JOSEPH MARINO | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY DELIVERING SAID COPIES TO THE ATTORNEY GENERAL'S OFFICE AND GIVING SAID COPIES TO TIMOTHY LEBLANC, IT'S AGENT AND PERSON IN CHARGE AT THE TIME SERVICE WAS MADE.  SAID SERVICE WAS MADE AT ONE ASHBURTON PLACE, BOSTON, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>$11.00 | SERVICES<br>$25.00 | TOTAL<br>$36.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MAY 3, 2005
              at 2:30 p.m.
                  Date

Signature of Server  JOSEPH MARINO, CONSTABLE
ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS   02108

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.