AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Christine Bolduc

v.

Commonwealth
of Massachusetts
Department of Correction

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10067 RCL

TO: (Name and address of Defendant)

Commonwealth of Massachusetts Department of Correction
50 Maple Street
SH. 3
Milford, MA 01757

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington Street
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1/11/2005

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE APRIL 29, 2005 at 2:45 p.m. |
| NAME OF SERVER (PRINT) ELIZABETH LEE FULLER | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): ACCEPTED IN HAND BY SARA STOLCO, RECEPTIONIST, IT'S AGENT AND PERSON AUTHORIZED TO ACCEPT SERVICE. SAID SERVICE WAS MADE AT THE DEPARTMENT OF CORRECTIONS, 50 MAPLE STREET, MILFORD, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $38.00 | SERVICES $25.00 | TOTAL $63.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  APRIL 29, 2005           *Elizabeth Lee Fuller*
             Date                      Signature of Server
             at 2:45 p.m.              ELIZABETH LEE FULLER, CONSTABLE/DISINTERESTED PERSON
                                       %ROSCOE, BEDUGNIS & ASSOCIATES
                                       15 COURT SQUARE, SUITE 450
                                       BOSTON, MASSACHUSETTS  02108
                                       Address of Server

[handwritten margin note: Sara Stolco recp. 4:29 2:45 pm]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.