COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF MASSACHUSETTS, )<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendant. )<br>) | Civil Action No: 05 Civ. 10067 RCL |

**DEFENDANT'S MOTION TO EXTEND DEADLINE FOR
SERVICE AND FILING OF AN ANSWER TO THE COMPLAINT,
WITH ASSENT**

The defendant, Commonwealth of Massachusetts–by and through its Department of Correction, moves for an order extending its deadline for filing and service of an answer to the complaint in this matter up to and including June 16, 2005. As grounds for this motion, the defendant states that the complaint was served upon the defendant by mail on or about April 29, 2005, that it has only recently been received by the Office of the Attorney General for defense, that defense counsel must investigate the allegations raised in the complaint in order to prepare the appropriate responsive pleading, and the defendant's agency counsel (with whom defense counsel must consult) is on vacation and expected to return shortly.

The plaintiff's counsel has provided his assent to this request.

WHEREFORE, the defendant respectfully requests that the Court allow defendant's motion and extend the deadline for filing and service of an answer to the Complaint up to and including June

16, 2005.

                                              Respectfully submitted,

                                              COMMONWEALTH OF MASSACHUSETTS,
                                              by and through its DEPARTMENT OF
                                              CORRECTION,

                                              Defendant,

                                              By its Attorneys,

                                              THOMAS F. REILLY,
                                              ATTORNEY GENERAL


                                              /s/ Rosemary Connolly
                                              Rosemary Connolly, BBO#548079
                                              Matthew Q. Berge BBO#560319
                                              Assistant Attorney General
                                              Trial Division
                                              One Ashburton Place
                                              Boston, MA 02108
                                              (617) 727-2200 ext.3350

With Assent


/s/ Mitchell J. Notis, Esq. (MQB)
Mitchell J. Notis, Esq. BBO# 374360
370 Washington Street
Brookline, MA 02445
Attorney for Plaintiff

DATED: June 7, 2005

                                              CERTIFICATE OF SERVICE

I certify that on this date, June 7, 2005, I served a copy of the forgoing document upon the counsel of record for the plaintiff, by delivering a copy via first class, U.S. Mail to Mitchell J. Notis, Esq., 370 Washington Street, Brookline, Massachusetts, 02445.

/s/ Matthew Q. Berge
Matthew Q. Berge