UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC )<br>      Plaintiff )<br>)<br>v. )<br>)<br>COMMONWEALTH OF )<br>MASSACHUSETTS DEPARTMENT OF )<br>CORRECTION )<br>      Defendant )<br>) | C.A. No. 05-10067-RCL |

JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the parties hereby submit the following Agenda for Scheduling Conference, Proposed Pretrial Schedule, and Certifications. There are no areas of dispute with regard to the Proposed Pretrial Schedule.

## I. Summary of the Positions Asserted by the Parties

Plaintiff asserts that she was illegally terminated from employment due to gender discrimination and retaliation. Defendant asserts that Plaintiff was properly terminated for performance related reasons, and that Plaintiff was neither retaliated against nor the victim of gender discrimination.

## II. Agenda of Matters to be Discussed at Scheduling Conference

    A. Proposed Pretrial Schedule

        1. Discovery Plan
        2. Motion Schedule
        3. Pretrial Conference
        4. Any matter listed in FRCP 16(c), or which the Court deems appropriate.

    B. Mediation/Alternative Dispute Resolution

    C. Trial by Magistrate Judge

D. Plaintiff's Settlement Proposal

### III. Proposed Pretrial Schedule

A. Discovery Plan

1. **Deadline for the Completion of Fact Discovery: March 15, 2006.**

Discovery shall be served so that the responses shall be served or depositions shall be completed by March 15, 2006. For the time being, the parties agree that the discovery shall be conducted pursuant to the limitations set forth in Local Rule 26.1(C). Neither party waives the right to seek leave of court to conduct discovery beyond that provided for in the Local Rules. Should either party determine that discovery beyond the limitations set forth in Local Rule 26.1 (C) is needed, such party will endeavor to reach agreement on the issue with opposing counsel before raising it with the Court.

2. **Experts**: Expert disclosure required by FRCP 26(a)(2), if any, will be made by May 1, 2006. Any expert depositions shall be completed by June 1, 2006.

B. Motion Schedule

1. Motions for Summary Judgment pursuant to Rule 56 shall be filed by May 1, 2006. Oppositions to any Motions for Summary Judgment shall be filed by June 1, 2006.

C. Pretrial Conference

The parties will be prepared to meet with the Court to discuss scheduling the trial of this matter on or after August 1, 2006.

### IV. Certification By Counsel and Parties

Pursuant to Local Rule 16.1 (D)(3), certifications from counsel and authorized representatives of each party that they have conferred on the matters set forth in that Rule have been executed and filed with the Court.

CHRISTINE BOLDUC
By her attorney,

_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700


COMMONWEALTH OF MASSACHUSETTS
  DEPARTMENT OF CORRETION

By its attorneys,

_____
Thomas F. Reilly
Attorney General
Matthew Q. Berge  560319
Assistant Attorney General
Trial Division
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200, ext. 3350

## CERTIFICATE OF SERVICE

  I, _____, hereby certify that I served a copy of the foregoing document and attachments upon counsel for all other parties to this action by _____, this _____ day of _____, 2005.

                      _____