COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC,           ) | |
|       Plaintiff,                       ) | |
| v.                                             ) | Civil Action No: 05 Civ. 10067 RCL |
| COMMONWEALTH OF MASSACHUSETTS, ) DEPARTMENT OF CORRECTION,    ) | |
|       Defendant.                    ) | |

**DEFENDANT'S CERTIFICATION PURSUANT TO
LOCAL RULE 16.1**

I certify that, as counsel for the defendant Massachusetts Department of Correction, conferred with my client's representative:

a.     with a view to establishing a budget for the costs of conducting the full course and various alternative courses in this litigation; and

b.     to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Signed under the pains and penalties of perjury the 12th day of September, 2005.

                                                                     **/S/**

                                          Matthew Q. Berge BBO#560319
                                          Assistant Attorneys General
                                          Trial Division
                                          One Ashburton Place
                                          Boston, MA 02108
                                          (617) 727-2200 ext.3350