COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05 Civ. 10067 RCL |
| ) | |
| COMMONWEALTH OF MASSACHUSETTS, ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as co-counsel for the Defendant, Commonwealth of Massachusetts, Department of Correction.

                                                                       COMMONWEALTH OF MASSACHUSETTS
                                                                       By its Attorneys

                                                                       THOMAS F. REILLY
                                                                       ATTORNEY GENERAL

                                                                       /s/ Teresa Walsh
                                                                       Teresa Walsh, BBO # 632354
                                                                       Assistant Attorney General
                                                                       Government Bureau/Trial Division
                                                                       One Ashburton Place, Room 1813
                                                                       Boston, MA 02108
                                                                       (617) 727-2200, Ext. 3335

Date: September 27, 2005