UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC )<br>     Plaintiff )<br>)<br>v. )<br>)<br>COMMONWEALTH OF )<br>MASSACHUSETTS DEPARTMENT OF )<br>CORRECTION )<br>     Defendant )<br>) | C.A. No. 05-10067-RCL |

JOINT MOTION TO EXTEND PRETRIAL SCHEDULE BY SIXTYDAYS

    The parties to this action, through counsel, hereby respectfully request that the Court extend the pretrial schedule in this case by sixty days.

    Specifically, it is requested that the pretrial schedule be extended as follows:

1. Close of fact discovery-extended from March 15, 2006 through May 14, 2006.
2. Date for filing of expert disclosure-extended from May 1, 2006 through June 30, 2006.
3. Date for filing of summary judgment motions-extended from May 1, 2006 through June 30, 2006.
4. Date for filing opposition to summary judgment motions-extended from June 1, 2006 through July 1, 2006.

    As grounds for this motion, the parties state that they are currently involved in discovery in this action, but that additional time is needed to finish discovery.

    For all of the foregoing reasons, it is respectfully requested that this motion be granted, and the pretrial schedule in this case extended as set forth above.

Christine Bolduc
By her attorney


/s/ Mitchell J. Notis
_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360
mitchnotis@aol.com


COMMONWEALTH OF MASSACHUSETTS
  DEPARTMENT OF CORRECTION

By its attorneys,

/s/ Matthew Q. Berge
_____
Thomas F. Reilly
Attorney General
Matthew Q. Berge
Assistant Attorney General
Trial Division
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
BBO#560319
617-727-2200, ext. 3350
matthew.berge@ago.state.ma.us

## CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 3, 2006.

/s/ Mitchell J. Notis
_____
Mitchell J. Notis