UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC <br>     Plaintiff <br><br> v. <br><br> COMMONWEALTH OF <br> MASSACHUSETTS DEPARTMENT OF <br> CORRECTION <br>     Defendant | ) <br> ) <br> ) <br> )   C.A. No. 05-10067-RCL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

JOINT MOTION TO EXTEND PRETRIAL SCHEDULE BY SIXTYDAYS

The parties to this action, through counsel, hereby respectfully request that the Court extend the pretrial schedule in this case by sixty days.

Specifically, it is requested that the pretrial schedule be extended as follows:

1. Close of fact discovery-extended from May 15, 2006 through July 14, 2006.
2. Date for filing of expert disclosure-extended from June 30, 2006 August 29, 2006.
3. Date for filing of summary judgment motions-extended from June 30, 2006 through August 29, 2006.
4. Date for filing opposition to summary judgment motions-extended from July 31, 2006 through October 1, 2006.

As grounds for this motion, the parties state the following:

A. That discovery in this action is ongoing. Plaintiff seeks additional fact discovery.
B. That Plaintiff has not been able to proceed further with discovery as they have been awaiting Defendants' responses to previously served discovery.
C. That although the parties are willing to consider the possibility of settlement, Defendants have not yet been able to interview all witnesses whose interviews must be conducted in order for Defendants to determine if the settlement of this action will be possible.
D. Defendants' counsel has been unable to respond to discovery or interview many witnesses to determine if settlement is feasible, as counsel has just completed a two week trial in Superior Court in late March in another employment matter and had been assigned as one of two attorneys in the office to prepare a complex application for a preliminary injunction in the

multi-state, tobacco litigation settlement, seeking to enforce an April 15, 2006 payment of some $32 million, which the tobacco manufacturers dispute.

In light of the foregoing, the parties need additional time in which to complete discovery in this action.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, and the pretrial schedule in this case extended as set forth above.

Christine Bolduc
By her attorney


/s/ Mitchell J. Notis
_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360
mitchnotis@aol.com


COMMONWEALTH OF MASSACHUSETTS
 DEPARTMENT OF CORRECTION

By its attorneys,

/s/ Matthew Q. Berge
_____
Thomas F. Reilly
Attorney General
Matthew Q. Berge
Assistant Attorney General
Trial Division
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
BBO#560319
617-727-2200, ext. 3350
matthew.berge@ago.state.ma.us

CERTIFICATE OF SERVICE

      I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 3, 2006.

                                                /s/ Mitchell J. Notis
                                                _____
                                                Mitchell J. Notis