UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE BOLDUC )<br>Plaintiff )<br> )<br>v. )<br> )<br>COMMONWEALTH OF )<br>MASSACHUSETTS DEPARTMENT OF )<br>CORRECTION )<br>Defendant )<br> ) | | C.A. No. 05-10067-RCL |

JOINT MOTION TO EXTEND PRETRIAL SCHEDULE BY SIXTYDAYS

The parties to this action, through counsel, hereby respectfully request that the Court extend the pretrial schedule in this case by sixty days.

Specifically, it is requested that the pretrial schedule be extended as follows:

1. Close of fact discovery-extended from July 14, 2006 through October 14, 2006.
2. Date for filing of expert disclosure-extended from August 29, 2006 to October 30, 2006.
3. Date for filing of summary judgment motions-extended from August 29, 2006 to November 30, 2006.
4. Date for filing opposition to summary judgment motions-extended from October 1, 2006 to December 30, 2006.

As grounds for this motion, the parties state the following:

A. That discovery in this action is ongoing.
B. That Plaintiff has not been able to proceed further with discovery as they have been awaiting Defendants' responses to previously served discovery.
C. There are a number of events which raise factual issues that must be investigated by the defendant's counsel, before it can respond to discovery or determine if it is in the best interest to recommend settlement to the client. Although the parties are willing to consider the possibility of settlement, Defendants have still not yet been able to interview all witnesses whose interviews must be conducted in order for Defendants to determine if the settlement of this action will be possible.
D. Defendants' counsel has been unable to respond to discovery or interview many witnesses to determine if settlement is feasible at this point in the litigation. Interviewing all the necessary witnesses requires scheduling interviews in other parts of the state, during regular business hours. The

>witnesses are employees of the Department of Correction, most of whom work non-traditional shift hours (i.e. other than 9-5 schedules, Monday through Friday). Furthermore, the defendant's counsel anticipates that the witness vacation schedules may further impair the ability to conclude these interviews.

In light of the foregoing, the parties need additional time in which to complete discovery in this action.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, and the pretrial schedule in this case extended as set forth above.

Christine Bolduc
By her attorney

/s/ Mitchell J. Notis

_____

Mitchell J. Notis BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
mitchnotis@aol.com


COMMONWEALTH OF MASSACHUSETTS
 DEPARTMENT OF CORRECTION

By its attorneys,

/s/ Matthew Q. Berge

_____

Thomas F. Reilly
Attorney General
Matthew Q. Berge, BBO#560319
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, MA 02108#560319
617-727-2200, ext. 2310
matthew.berge@ago.state.ma.us

DATED July 14, 2006

CERTIFICATE OF SERVICE

       I, Matthew Q. Berge, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 14, 2006

                                                        /s/ Matthew Q. Berge
                                                   _____
                                                   Matthew Q. Berge