UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC )<br>  Plaintiff )<br> )<br>v. )<br> )<br>COMMONWEALTH OF )<br>MASSACHUSETTS DEPARTMENT OF )<br>CORRECTION )<br>  Defendant )<br> ) | C.A. No. 05-10067-RCL |

JOINT MOTION TO EXTEND PRETRIAL SCHEDULE BY NINETYDAYS

The parties to this action, through counsel, hereby respectfully request that the Court extend the pretrial schedule in this case by ninety days.

Specifically, it is requested that the pretrial schedule be extended as follows:

1. Close of fact discovery-extended from October 14, 2006 through January 12, 2007.
2. Date for filing of expert disclosure-extended from October 30, 2006 through January 28, 2007.
3. Date for filing of summary judgment motions-extended from November 30, 2006 through February 28, 2007.
4. Date for filing opposition to summary judgment motions-extended from December 30, 2006 through March 28, 2007.

As grounds for this motion, the parties state that they are currently involved in discovery in this action, that they are also discussing the possibility of engaging in mediation, and that additional time is therefore needed to finish discovery, particularly if the parties engage in mediation.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, and the pretrial schedule in this case extended as set forth above.

Christine Bolduc
By her attorney


/s/Mitchell J. Notis
_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360



COMMONWEALTH OF MASSACHUSETTS
  DEPARTMENT OF CORRECTION

By its attorneys,


/s/Matthew Q. Berge
_____
Thomas F. Reilly
Attorney General
Matthew Q. Berge
Assistant Attorney General
Trial Division
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200, ext. 3350

## CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 10th day of November, 2006.

/s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700