COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF MASSACHUSETTS, )<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendant. )<br>) | Civil Action No: 05 Civ. 10067 RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as co-counsel for the Defendant, Commonwealth of Massachusetts, Department of Correction.

                                        COMMONWEALTH OF MASSACHUSETTS
                                        By its Attorneys

                                        MARTHA COAKLEY
                                        ATTORNEY GENERAL

                                        /s/ Anne Sterman
                                        Anne Sterman, BBO # 650426
                                        Assistant Attorney General
                                        Government Bureau/Trial Division
                                        One Ashburton Place, Room 1813
                                        Boston, MA 02108
                                        (617) 727-2200, Ext. 2109

Date: March 8, 2007

**CERTIFICATE OF SERVICE**

    I, Anne Sterman, Assistant Attorney General, certify that on March 8, 2007 I served the foregoing **document**, upon all parties, by electronically filing a copy through the ECF System.


                            /s/ Anne Sterman
                            Anne Sterman