UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-10067-RCL

_____

**CHRISTINE BOLDUC**
**Plaintiff**

v.

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Defendant**
_____

**PLAINTIFF'S MOTION IN LIMINE**

Plaintiff Christine Bolduc, through counsel, hereby respectfully requests that Defendant not be allowed to introduce into evidence or read to the jury the "Executive Summary" of the disciplinary investigation conducted into Plaintiff's conduct, which was allegedly part of the basis for Defendant deciding to terminate Plaintiff's employment.

Defendant conducted an investigation of Plaintiff in the Spring of 2003, and it was supposedly on the basis of that investigation that the decision was made to terminate Plaintiff's employment in August 2003.  Defendant seeks to introduce into evidence in this action an "Executive Summary" of the investigation.

The "Executive Summary" Defendant seeks to introduce into evidence contains numerous hearsay statements which would not otherwise be admissible in this action, and which tend to place Plaintiff in a bad light.   Should the "Executive Summary" and these statements be admitted into evidence, Plaintiff will not have the opportunity to cross-examine either the individuals who made the statements, or the managers who prepared the report and who drew conclusions from these statements.  Additionally, a number of

the allegations investigated (and discussed in the report) are allegations of very serious misconduct (such as having sexual relations with an inmate and introducing narcotics to the prison), which Plaintiff was found not to have engaged in. However, by the presence in the report of these serious but unfounded allegations, the jury in this case will likely be misled, confused and unduly prejudiced by the report.

Defendant will not be prejudiced by the exclusion of the "Executive Summary," as Defendant will be able to have witnesses testify as to the conclusions in the report regarding conduct which Plaintiff was found to have engaged in, without the misleading and unduly prejudicial and inflammatory aspects of the investigation being before the jury.

**CONCLUSION**

For all of the foregoing reasons, it is respectfully requested that Defendant not be allowed to introduce into evidence or read to the jury the "Executive Summary" of the investigation conducted of Plaintiff.

                CHRISTINE BOLDUC
                By her Attorney,


                /s/ Mitchell J. Notis
                _____
                Mitchell J. Notis, BBO #374360
                LAW OFFICE OF MITCHELL J. NOTIS
                370 Washington Street
                Brookline, MA 02445
                Tel.: (617) 566-2700

CERTIFICATE OF SERVICE

    I, Mitchell J. Notis, hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party to this action by electronic means using the Court's Electronic Case Filing System, on May 23, 2007

/s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360