UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHRISTINE BOLDUC,                         )
                                          )
          Plaintiff,                      )
                                          )
v.                                        )          Civil Action No: 05 Civ. 10067 RCL
                                          )
COMMONWEALTH OF MASSACHUSETTS,            )
DEPARTMENT OF CORRECTION,                 )
                                          )
          Defendant.                      )
_____  )

**DEFENDANT'S MOTION FOR LEAVE TO FILE PRETRIAL MEMORANDUM
TWO HOURS AFTER FILING DEADLINE**

The defendant, Commonwealth of Massachusetts–by and through its Department of

Correction, moves for an order granting it leave to electronically file its Pretrial memorandum

two hours beyond the deadline fixed by the Court's March 7, 2007 pretrial scheduling order.  As

grounds for this motion, the defendant states:

1.      The Court's March 7, 2007 order requires that the parties file, jointly or

separately, a pretrial memorandum at least five (5) business days before the pretrial conference.

2.      The undersigned immediately noted all deadlines set forth in the March 7, 2007

order in his diary and the Attorney General's office case management system.   However, the

undersigned neglected to account for the Memorial Day holiday on Monday, May 28, 2007 when

calculating the five business days preceding the May 31, 2007 pretrial conference.

3.       All other deadlines were met, including a telephone conference with plaintiff's

counsel, and volunteering to travel to plaintiff's counsel's office on the morning of May 23,

2007 to verify the agreements made in the earlier conference with respect to exhibits and witness

lists.  Plaintiff's counsel advised earlier that he preferred filing separate, pretrial memoranda.

4.      The undersigned made a diligent effort to prepare the pretrial memorandum in final for filing before 6:00 p.m. on May 22, 2007, once the inadvertent error was determined. Despite best efforts, he could not complete the filing until 7:50 p.m., or one hour and fifty minutes beyond the 6:00 p.m. deadline for electronic filing on May 22nd.

5.      Since the delay was in under two hours, and the error was caused during a good faith effort to comply with the Court's order and through inadvertently omitting a holiday in calculating deadlines, the defendant respectfully submits that the prejudice to the defendant if not granted the relief sought will far outweigh prejudice caused to the plaintiff or the Court ced by any delay.

WHEREFORE, the defendant respectfully requests that the Court enter an order granting it leave to file and the Court accept "as filed" the defendant's Pretrial Memorandum two hours beyond the 6:00 p.m. deadline for electronic filing.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,
by and through its DEPARTMENT OF
CORRECTION,

Defendant,

By its Attorneys,
MARTHA COAKLEY,
ATTORNEY GENERAL

 **/s/ Matthew Q. Berge**
Matthew Q. Berge BBO#560319
Anne M. Sterman BBO#650426
Assistant Attorneys General
Trial Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext.2310

2

DATED: May 24, 2007