UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF MASSACHUSETTS, )<br>DEPARTMENT OF CORRECTION, )<br>)<br>    Defendant. )<br>) | Civil Action No: 05 Civ. 10067 RCL |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of the undersigned as counsel for the Defendant, Commonwealth of Massachusetts, Department of Correction.

                                              COMMONWEALTH OF MASSACHUSETTS
                                              By its Attorneys

                                              MARTHA COAKLEY
                                              ATTORNEY GENERAL


                                               /s/ Teresa J. Walsh
                                              Teresa J. Walsh, BBO No. 550047
                                              Assistant Attorney General
                                              Government Bureau/Trial Division
                                              One Ashburton Place, Room 1813
                                              Boston, MA 02108
                                              (617) 727-2200, Ext. 2578

Date:  June 4, 2007

<u>Certificate of Service</u>

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 4, 2007.

                        /s/ Teresa J. Walsh
                        Assistant Attorney General
                        Trial Division