Settlement Agreement between
Commonwealth of Massachusetts,
    Department of Correction,
And

RE:. Appeal of Termination
for inappropriate relationship
with an inmate

The Massachusetts Correction Officers
    Federated Union,
And

Christine Bolduc

---

## SETTLEMENT AGREEMENT AND RELEASE

    This Agreement is entered into by and between the Commonwealth of Massachusetts, Department of 'Correction (the "Department"), the Massachusetts Correction Officers Federated Union ("MCOFU") and Christine Bolduc. .

    In resolution of the above-captioned appeal, and any and all other potential claims which have or could have been asserted in any forum, <u>administrative,</u> judicial, or otherwise the parties agree that:

1. Christine Bolduc shall withdraw any and all appeals challenging the Department's decision to termiate her from her position and any and all pending claims and/or actions against the Department in any forum including but not limited to the following: Civil Service Commission MCAD, grievance/arbitration, Labor Relations Commission, and agrees nott to pursue any claim(s) which could have been asserted in any forum.

2. The Department of Correction shall rescind the letter of termination and reinstate Ms. Bolduc to a correction officer position at MCI Framingham on the _13t Sunday following the signing of this Agreement without back pay or benefits.

3. The period of absence shall be recorded as a suspension of time served for an inappropriate relationship with an inmate. This suspension will remain a part of Ms. Bolduc's personnel file. .

4. Ms. Bolduc and the MCOFU agree that any future incidents of this nature will result in termination without appeal.

5. Ms. Bolduc and the MCOFU agree to withdraw Appeal No. D-02-272 (5 day suspension) from the Civil Service Commission and agree not to pursue this matter to any other forum.

*For the* Massachusetts Department of Correction
By:

For the Massachusetts Correction
Officers Federated Union
By:

_____
Jeffrey S. Bolger    Date
Director of Employee Relations

Arthur Turner, MCOFU .    Date
Grievance Coordinator

_____
MCOFU    Date

I enter into this agreement willingly and wish full owledge and understanding of its proiisions.

Signed: *[signature]* (2-23-07
Christine Bolduc    Date

**EXHIBIT**
Bolduc 1
4/19/07   mac