UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE BOLDUC,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>COMMONWEALTH OF MASSACHUSETTS,  )<br>DEPARTMENT OF CORRECTION,  )<br>  )<br>   Defendant.  )<br>  ) | Civil Action No: 05 Civ. 10067 RCL |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I certify that on June 5, 2007, I conferred with plaintiff's counsel by phone for the purpose of asking for his assent to the defendant's motion to amend or supplement the answer to the complaint, and was unable to agree upon or narrow the issues presented in the defendant's motion.

                                          **/s/ Matthew Q. Berge**
                                          Matthew Q. Berge BBO#560319